TOWN OF MOUNT PLEASANT, Respondent, v. UNITED AERO CLUB, INC., et al., Appellants, et al., Defendants.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 272 App. Div. 1019.]

DOLLY WINSTON, Respondent, v. LAN FONG, Appellant, et al., Defendants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

BETTY ANNE HANDBAG CO., INC., Appellant, v. HARMONY BAG CO., INC., et al., Respondents.— In an action to enjoin defendants from engaging in a certain business in the city of Newburgh for a specified period, plaintiff appeals from a judgment dismissing the complaint upon the ground that it does not state facts sufficient to constitute a cause of action. Judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ. [See *post*, p. 910.]

CITY OF NEW ROCHELLE, Respondent, v. UNITED STATES FIDELITY & GUARANTY COMPANY, Appellant.— Action to recover on an undertaking given by the defendant in connection with obtaining a stay of execution of a judgment of foreclosure and sale of certain real property. Judgment in favor of the plaintiff unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ.

MELVIN ELLER et al., Respondents, v. MARGARET FANIZZI et al., Appellants.— Judgment in favor of plaintiffs for personal injuries and property damage, in an action arising from the collision of two motor vehicles at a street intersection, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

BETTY GREENSTEIN, Respondent, v. CITY OF NEW YORK, Appellant.— Action to recover damages for personal injuries suffered by plaintiff when she slipped and fell while descending a stairway connecting an elevated railroad station to the public sidewalk. The stairway was covered with snow and ice, which was bumpy. Snow fell before and after the accident but, according to plaintiff, had stopped during a period of forty-five minutes immediately prior to the accident. The temperature was below thirty degrees, and there was considerable wind. There was neither sand nor ashes on the steps. Judgment, entered on the verdict of a jury in favor of plaintiff, reversed on the law, with costs, and the complaint dismissed on the law, with costs. The findings implicit in the verdict, that the accident happened substantially as testified to by plaintiff and her witnesses, are affirmed. Under the prevailing weather conditions the defendant was not charged with the duty of removing the snow and ice from the steps by the time the accident occurred. Carswell, Acting P. J., Adel, Sneed and Wenzel, JJ., concur; Johnston, J., dissents and votes to affirm.